**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>BARILLA G.ER. FRATELLI-SOCIETA PER AZIONI<br>AND BARILLA AMERICA, INC.,<br>                                    Plaintiff<br>v.<br>AMERICAN ITALIAN PASTA COMPANY,<br><br>                                    Defendant. | Case Number:<br>FILED: APRIL 21, 2008<br>08CV2252    JH<br>JUDGE ANDERSEN<br>MAGISTRATE JUDGE DENLOW |

**AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:**

BARILLA G.ER. FRATELLI-SOCIETA PER AZIONI
AND BARILLA AMERICA, INC.

| |
|---|
| NAME (Type or print)<br><br>Anthony C. Valiulis |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br><br>/s/ Anthony C. Valiulis |
| FIRM<br><br>MUCH SHELIST DENENBERG AMENT & RUBENSTEIN, P.C. |
| STREET ADDRESS<br><br>191 North Wacker Drive, Suite 1800 |
| CITY/STATE/ZIP<br><br>Chicago, Illinois  60606-1615 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br><br>02883007 | TELEPHONE NUMBER<br><br>(312) 521-2000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |

| | | |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |

| | | |
|---|---|---|
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |

| |
|---|
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES X   NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |