IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BARILLA G. E R. FRATELLI-SOCIETA PER AZIONI AND BARILLA AMERICA, INC., | |
| Plaintiff, | No.  08 cv 2252 |
| v. | Judge Andersen |
| AMERICAN ITALIAN PASTA COMPANY, | Magistrate Judge Denlow |
| Defendant. | |

### CERTIFICATE OF COMPLIANCE

Plaintiffs, through their attorneys, certify that in accordance with the local rules regarding voluntary mediation for Lanham Act cases, counsel for Plaintiffs have provided the required voluntary mediation materials to it's clients and to counsel for Defendant.

**Barilla G. e R. Fratelli-Societa Per Azioni and Barilla America, Inc., Plaintiffs**

By: /s/Anthony C. Valiulis
**One of Its Attorneys**

Anthony C. Valiulis
Andrea E. Forsyth
**Much Shelist Denenberg
 Ament & Rubenstein PC**
191 North Wacker Drive, Ste. 1800
Chicago, Illinois 60601
312-521-2000I

Jeffrey Liebling
General Counsel
**Barilla America, Inc.**
1200 Lakeside Drive
Bannockburn, Illinois 60015
847-405-7599