UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Barilla G. E.R. Fratelli−Societa Per Azioni, et al.

Plaintiff,

v.

Case No.: 1:08−cv−02252

Honorable Wayne R. Andersen

American Italian Pasta Company

Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Morton Denlow for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: June 17, 2008

/s/ Wayne R. Andersen

United States District Judge