# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **BARILLA G. E R. FRATELLI-SOCIETA PER AZIONI AND BARILLA AMERICA, INC.,** | No. 08 CV 02252 |
| Plaintiff, | Judge Wayne R. Anderson |
| v. | Magistrate Judge Morton Denlow |
| **AMERICAN ITALIAN PASTA COMPANY,** | |
| Defendant. | |

## AGREED MOTION FOR EXTENSION OF TIME TO
## APPEAR AND RESPOND

Plaintiffs Barilla G. E R. Fratelli-Societa Per Azioni and Barilla America, Inc. (collectively "Barilla"), by their attorneys, ask this Court to allow Defendant American Italian Pasta Company ("AIPC") up to and including September 2, 2008 to file its appearance and response to Barilla's complaint. In support of this motion, Barilla states as follows:

1. Barilla filed and served their complaint against AIPC on or about April 21, 2008.

2. In light of ongoing settlement discussions, counsel for AIPC has asked for additional time to file its appearance and to respond to Barilla's complaint.

3. Barilla has no objection and believes that the parties may be able to resolve this case within the next 30 to 45 days.

4. No party will be prejudiced by the requested extension of time.

Wherefore, Plaintiffs Barilla G. E R. Fratelli-Societa Per Azioni and Barilla America, Inc. request that Defendant American Italian Pasta Company be granted an extension of time until and including September 2, 2008 in which to appear and respond to Barilla's complaint.

    Respectfully submitted,

    **BARILLA G. E R. FRATELLI-SOCIETA PER AZIONI AND BARILLA AMERICA, INC.,**

    By:    /s/ Andrea E. Forsyth

Anthony C. Valiulis
Andrea E. Forsyth
**MUCH SHELSIT FREED DENENBERG AMENT & RUBENSTEIN, P.C.**
191 North Wacker Drive
Suite 1800
Chicago, Illinois 60606-1615
(312) 521-2000

2