IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **BARILLA G. E R. FRATELLI-SOCIETA PER AZIONI AND BARILLA AMERICA, INC.,** | |
| Plaintiff, | No. 08 CV 02252 |
| v. | Judge Wayne R. Anderson<br>Magistrate Judge Morton Denlow |
| **AMERICAN ITALIAN PASTA COMPANY,** | |
| Defendant. | |

## NOTICE OF MOTION

To:

    Mr. Gary A. Pierson II
    Husch Blackwell Sanders LLP
    720 Olive Street, Suite 2400
    St. Louis, Missouri 63101

    **PLEASE TAKE NOTICE** that on **Wednesday, July 23, 2008** at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Wayne R. Anderson or any judge sitting in his stead, in courtroom 1403 in the United States District Court, 219 S. Dearborn St., Chicago, Illinois, and then and there present **Agreed Motion for Extension of Time to Appear and Respond**, a copy of which is hereby served upon you.

                                      BARILLA G. E R. FRATELLI-SOCIETA
                                      PER AZIONI AND BARILLA AMERICA, INC.

                        By:    /s/ Andrea E. Forsyth
                                      One of its Attorneys

Anthony C. Valiulis (#2883007)
Andrea E. Forsyth (#6286179)
**Much Shelist Denenberg**
 **Ament & Rubenstein, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 521-2000

## **CERTIFICATE OF SERVICE**

I, Andrea E. Forsyth, an attorney, certify that on July 14, 2008, a true and correct copy of **Agreed Motion for Extension of Time to Appear and Respond** was served by email and U.S. First Class Mail on the following:

Mr. Gary A. Pierson II
Husch Blackwell Sanders LLP
720 Olive Street
Suite 2400
St. Louis, Missouri 63101
gary.pierson@huschblackwell.com

/s/ Andrea E. Forsyth