# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Barilla G. E.R. Fratelli−Societa Per Azioni, et al.

                                        Plaintiff,

v.                                              Case No.: 1:08−cv−02252

                                              Honorable Wayne R. Andersen

American Italian Pasta Company

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 21, 2008:

      MINUTE entry before the Honorable Wayne R. Andersen:Defendant's motion for extension of time [11] to answer or otherwise plead to plaintiff's complaint and to file and appearance is granted to 9/2/2008. Parties need not appear in court on 7/23/2008. y notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.