**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **BARILLA G. E R. FRATELLI-SOCIETA PER AZIONI AND BARILLA AMERICA, INC.,** | |
| **Plaintiff,** | **No.  08 CV 02252** |
| **v.** | **Judge Wayne R. Anderson** |
| | **Magistrate Judge Morton Denlow** |
| **AMERICAN ITALIAN PASTA COMPANY,** | |
| **Defendant.** | |

## STATUS REPORT

Plaintiffs Barilla G. E R. Fratelli-Societa Per Azioni and Barilla America, Inc. (collectively "Barilla"), appearing through its counsel of record, advises the Court as to the following:

1.     Barilla filed and served their complaint against AIPC on or about April 21, 2008.

2.     In light of ongoing settlement discussions, counsel for AIPC asked for additional time to file its appearance and to respond to Barilla's complaint.

3.     On July 21, 2008, this Court granted an Agreed Motion for Extension of Time to Appear and Respond.

4.     Accordingly, AIPC has up to and including September 2, 2008 to appear and respond to Barilla's complaint.

Respectfully submitted,

**BARILLA G. E R. FRATELLI-SOCIETA PER AZIONI AND BARILLA AMERICA, INC.,**

By:      /s/ Andrea E. Forsyth

Anthony C. Valiulis
Andrea E. Forsyth
**MUCH SHELIST FREED DENENBERG
  AMENT & RUBENSTEIN, P.C.**
191 North Wacker Drive
Suite 1800
Chicago, Illinois 60606-1615
(312) 521-2000