IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BARILLA G. E R. FRATELLI-SOCIETA PER AZIONI AND BARILLA AMERICA, INC., <br><br>  Plaintiff, <br><br> v. <br><br> AMERICAN ITALIAN PASTA COMPANY, <br><br>  Defendant. | No. 08 CV 02252 <br><br> Judge Wayne R. Anderson <br> Magistrate Judge Morton Denlow |

## NOTICE OF MOTION

To:

  Mr. Gary A. Pierson II
  Husch Blackwell Sanders LLP
  720 Olive Street, Suite 2400
  St. Louis, Missouri 63101

**PLEASE TAKE NOTICE** that on **Thursday, September 4, 2008 at 9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Wayne R. Anderson or any judge sitting in his stead, in courtroom 1403 in the United States District Court, 219 S. Dearborn St., Chicago, Illinois, and then and there present **Agreed Motion for an Additional Extension of Time to Appear and Respond**, a copy of which is hereby served upon you.

                    BARILLA G. E R. FRATELLI-SOCIETA
                    PER AZIONI AND BARILLA AMERICA, INC.


              By:   /s/ Andrea E. Forsyth
                    One of its Attorneys

Anthony C. Valiulis (#2883007)
Andrea E. Forsyth (#6286179)
**Much Shelist Denenberg**
 **Ament & Rubenstein, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 521-2000

## CERTIFICATE OF SERVICE

I, Andrea E. Forsyth, an attorney, certify that on August 22, 2008, a true and correct copy of **Agreed Motion for an Additional Extension of Time to Appear and Respond** was served by email and U.S. First Class Mail on the following:

Mr. Gary A. Pierson II
Husch Blackwell Sanders LLP
720 Olive Street
Suite 2400
St. Louis, Missouri 63101
gary.pierson@huschblackwell.com


/s/ Andrea E. Forsyth

786019_1